359 A.2d 180

COMMONWEALTH of Pennsylvania

v.

James PICKETT, Appellant.

Supreme Court of Pennsylvania.

Submitted March 29, 1976.

Decided July 6, 1976.

Lee Mandell, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Order affirmed.